FILED

JUL 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GILBERT GARCIA ) <br> ) <br> Defendant. ) | No. 1:08-CR-00067-003 LJO <br><br> ORDER OF RELEASE |

The above-named defendant having been sentenced on July 10, 2009, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: July 10, 2009

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1