Robert D. Wilkinson, Esq.; 100478
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Suite 421
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for     Defendant, GILBERT A. GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br>    vs. ) <br> ) <br> GILBERT A. GARCIA, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br>_____ ) | Case No.: 1:08-CR-00067-L <br><br> STIPULATION TO CONTINUE SENTENCING ON VIOLATION OF SUPERVISED RELEASE AND ORDER <br><br> **DATE:  November 9, 2010** <br> **TIME:  8:30 a.m.** <br> **COURTROOM: 4** <br> **JUDGE:  Hon. Lawrence J. O'Neill** |

Plaintiff, UNITED STATES OF AMERICA, and Defendant, GILBERT A. GARCIA, through authorized counsel, hereby agree to continue the sentencing hearing on the pending petition for violation of supervised release from Friday, November 5, 2010 at 9:00 a.m. to Tuesday, November 9, 2010 at 8:30 a.m., or as soon thereafter as the matter may be heard.

DATED:  November 2, 2010                                             BENJAMIN B. WAGNER
                                                                                              United States Attorney

                                                                                              By:  ___/s/ Karen Escobar_____
                                                                                              Karen Escobar
                                                                                              Assistant U. S. Attorney

1
STIPULATION TO CONTINUE SENTENCING ON VIOLATION OF SUPERVISED RELEASE AND
[PROPOSED] ORDER

DATED:  November 3, 2010

                                             BAKER MANOCK & JENSEN, PC

                                             By  / s /  Robert D. Wilkinson
                                             Robert D. Wilkinson
                                             Attorneys for Defendant, GILERT A. GARCIA

## ORDER

Having reviewed the stipulation of the parties, it is hereby ordered that the sentencing hearing now set for Friday, November 5, 2010 at 9:00 a.m. is continued until Tuesday, November 9, 2010 at 8:30 a.m., or as soon thereafter as the matter may be heard.

IT IS SO ORDERED.

DATED:  November 3, 2010                            /s/ Lawrence J. O'Neill

                                             Hon. Lawrence J. O'Neill
                                             U. S. District Judge

DMS: 846861_1.DOC