# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**GILBERT GARCIA**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:08CR00067-003**<br><br>Robert D. Wilkinson<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) 1, 2, 3, 4, 5, 6 and 7 as alleged in the violation petition filed on August 5, 2011 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  November 9, 2010  .

   The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

[✔]  Appeal rights given          [ ]  Appeal rights waived

[✔]  **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 9, 2012
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

April 12, 2012
Date

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet 1   Case 1:08-cr-00067-LJO   Document 198   Filed 04/12/12   Page 2 of 3

CASE NUMBER:     1:08CR00067-003                                                         Judgment - Page 2 of 3
DEFENDANT:       GILBERT GARCIA

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| CHARGE 1 | Unlawful Use of a Controlled Substance | April 14, 2011 |
| CHARGE 2 | Failure to Participate in Counseling Appointment as Directed | March 22, 2011; May 17, 2011; June 28, 2011 |
| CHARGE 3 | Failure to Participate in Drug Testing as Directed | July 26, 2011; August 1, 2011 |
| CHARGE 4 | Failure to Complete Community Service | May 1, 2011 |
| CHARGE 5 | Failure to Submit Monthly Supervision Forms as Directed | March 2011 to July 2011 |
| CHARGE 6 | Failure to Notify of Change in Residence | July 21, 2011 |
| CHARGE 7 | Failure to Follow the Instructions of the Probation Officer | July 22, 2011 |

CASE NUMBER:       1:08CR00067-003                                                             Judgment - Page 3 of 3
DEFENDANT:         GILBERT GARCIA

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 2 years .

[✔]    The court makes the following recommendations to the Bureau of Prisons:

    1.    The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal